IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JEFFREY CHARLES PHIPPS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 15-06045-CV-SJ-DW-SSA |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that:

1. The Motion for Attorney Fees (Doc. 16) is GRANTED;

2. An award of attorney fees in the amount of $9,928.25 shall be made by Defendant pursuant to 42 U.S.C. § 406(b); and

3. Plaintiff's attorneys shall refund to Plaintiff the amount of $3,597.54, which was previously received as an attorney fee under the Equal Access to Justice Act.

| | |
|---|---|
| November 10, 2016 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| | |
| November 15, 2016 | Terri Moore |
| Entered | (by) Deputy Clerk |